

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAY E. BENNETT, | Case No. EDCV 08-0678-SGL (MLG) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| RIVERSIDE SHERIFF'S DEPARTMENT, | |
| Defendant. | |

    This action was filed on May 15, 2008. Plaintiff paid the full filing fee and is not proceeding in forma pauperis. In accordance with the Court's July 28, 2008 Order, Plaintiff was directed to personally serve the Defendant with a summons and complaint no later than September 12, 2008. Plaintiff was informed that the failure to timely effect service would result in dismissal of the action. Neither an answer nor a certificate of service has been filed as of September 12, 2008.

    Pursuant to F.R.Civ.P. 4(m), if service of the summons and complaint is not made within 120 days of the filing of the complaint, the court shall dismiss the matter without prejudice unless good

cause is shown to extend the time for service. Plaintiff has not effected service in the time allowed nor has he requested additional time in which to do so.

Accordingly, IT IS ORDERED that, not later than September 26, 2008, plaintiff shall show cause, if any exists, why he has not effected service upon the defendant in the time allowed and why the action should not be dismissed for failure to effect service and comply with the Court's orders.

**If plaintiff does not object to dismissal of the action, he need not respond to this order. If Plaintiff fails to respond to this order within the time specified, he will be deemed to have consented to a dismissal, and the action may also be dismissed by reason of plaintiff's failure to prosecute.**

Dated: September 12, 2008

_____
Marc L. Goldman
United States Magistrate Judge