JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| RAY E. BENNETT, | ) | Case No. EDCV 08-00678-SGL (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| RIVERSIDE SHERIFF'S DEPARTMENT, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: October 22, 2008

_____
Stephen G. Larson
United States District Judge